**GLUCK LAW FIRM P.C.**
Jeffrey S. Gluck (SBN 304555)
2125 S. Beverly Drive
Los Angeles, California 90034
Telephone: 310.776.7413

**ERIKSON LAW GROUP**
David Alden Erikson (SBN 189838)
Antoinette Waller (SBN 152895)
S. Ryan Patterson (SBN 279474)
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

JACK SCHROEDER, an individual; and BRITNI SUMIDA, an individual;

Plaintiffs,

v.

VOLVO GROUP NORTH AMERICA, LLC, a Delaware limited liability company; and VOLVO CAR USA LLC, a Delaware limited liability company,

Defendants.

VOLVO CAR USA LLC, a Delaware limited liability company

Counter-Complainant,

v.

JACK SCHROEDER, an individual; and BRITNI SUMIDA, an individual,

Counter-Defendants.

Case No. 2:20-cv-05127-FLA (PVC)

Hon. Fernando L. Aenlle-Rocha

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that the parties in the above-captioned action have reached a settlement of this matter in full. A formal settlement agreement is being circulated between the parties for review and approval. The parties expect to shortly file a stipulated dismissal of the entire action with each party bearing their own attorneys' fees and costs.

Respectfully submitted,

DATED: December 23, 2021 ERIKSON LAW GROUP

By: /s/
David A. Erikson
Attorney for Plaintiffs